

N E W  Y O R K                                                    + 1 6 4 6 - 9 9 2 - 2 1 3 8

January 28, 2026

VIA FIRST CLASS MAIL & ELECTRONIC MAIL
ANALISA TORRES, UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET NEW YORK,
NEW YORK 10007

Re: *Helder Santos v. Psychomedics Corporation et al.*
Case number: 1:25-CV-09087-AT

Dear Hon. Torres:

This firm represents Plaintiff Santos in the above-referenced matter. We write to respectfully seek leave to file an amended complaint pursuant to Rule III(B)(ii) of Your Honor's Individual Practices.

On January 8, 2025,[1] Defendant Psychomedic provided Plaintiff with a letter identifying alleged pleading deficiencies in accordance with the first step of the pre-motion exchange described in Rule III(B)(ii). After reviewing the Defendant's contentions, Plaintiff intends to amend the complaint to address the concerns raised and to further clarify the factual allegations at issue.

Rule III(B)(ii) provides that under these circumstances, "the Court shall liberally grant the plaintiff leave to amend." Plaintiff believes that amending the pleading at this stage will promote judicial economy and potentially narrow the scope of any future motion practice.

Accordingly, Plaintiff respectfully requests that the Court grant leave to file an amended complaint by February 11, 2026. Pursuant to Rule III(H), Plaintiff will include a redline version showing all differences between the original and the revised filing. We thank the Court for its time and consideration of this request.

Sincerely,

Yassi Law PC

/s/ Reza Yassi

_____
Reza Yassi, Esq.
Attorney for:
Helder Santos
106 W 32nd St. Suite 123,
New York, NY 10001
646-992-2138

---

[1] the parties internally agreed to provide extensions to review the allegations made in defendants' letter.