UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HELDER SANTOS,

                    Plaintiff,

        -against-

PSYCHEMEDICS CORPORATION, KEECHANT
L. SEWELL, as Police Commission of the City of
New York, THE POLICE DEPARTMENT OF
THE CITY OF NEW YORK, THE CITY OF NEW
YORK, and RYAN PAULSEN, individually and in
his official capacity as Senior Analytical Chemist
for Mass Spectrometry for Psychemedics
Corporation,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/13/2026____

25 Civ. 9087 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Plaintiff's February 11, 2026 letter requesting an extension of time to file his amended complaint, which was due on February 11, 2026.  *See* ECF No. 35.  Plaintiff had previously indicated an intent to amend his complaint after receiving a pre-motion letter concerning Defendant Psychemedics[1] Corporation's contemplated motion to dismiss.  *See* ECF Nos. 33–34; Rule III(B)(i), Individual Practices in Civil Cases.

Plaintiff also appears to indicate, in his February 11 letter, that "Defendant State of New York" has now written Plaintiff an initial pre-motion letter pursuant to Rule III(B)(i) of the undersigned's Individual Practices in Civil Cases concerning a contemplated motion to dismiss.  *Id.* The State of New York does not appear as a defendant in the caption of this action and is not named as a defendant in the complaint.  *See* Compl. ¶¶ 10–14, ECF No. 1.

Plaintiff's motion is GRANTED IN PART and DENIED IN PART.  By **February 20, 2026**, Plaintiff shall file his amended complaint.  Plaintiff's request to extend his time to respond to "Defendant State of New York's" first pre-motion letter is DENIED.  Although Plaintiff correctly notes that managing several deadlines may be difficult, this order is without prejudice to Plaintiff filing a further letter, before the February 20 deadline, indicating his intent to amend his complaint in response to both contemplated motions to dismiss, and seeking an extension of the deadline to do the same.

Plaintiff is reminded that Rule I(C) of the undersigned's Individual Practices in Civil Cases requires that "all requests for . . . extensions of time" shall state "whether the adversary consents" to the request, and shall be filed "at least 48 hours prior to the . . . deadline" absent emergency. Plaintiff's February 11 letter was filed on the day that Plaintiff's amended complaint was due and

---

[1] Plaintiff's letter names Defendant as "Psychomedics," but the Court will use the spelling in the caption of the complaint for purposes of this order.

does not indicate whether any defendant consents to the extensions he requests.  *See* ECF No. 35. Further requests for extensions of time may be denied solely on the basis that they do not comply with this Rule.

       SO ORDERED.

Dated: February 13, 2026
      New York, New York

ANALISA TORRES
United States District Judge