UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Helder Santos,

                    Plaintiff,

        -against-

PSYCHEMEDICS CORPORATION, KEECHANT
L. SEWELL, as police Commissioner of the City of
new York, THE POLICE DEPARTMENT OF THE
CITY OF NEW YORK, THE CITY OF NEW
YORK, and RYAN PAULSEN, individually and in
his official capacity as Senior Analytical Chemist
for Mass Spectrometry for Psychemedics
Corporation,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/16/2026_____

25 Civ. 9087 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' pre-motion letters concerning the motions to dismiss contemplated by Defendants, Psychemedics Corporation and Ryan Paulsen, *see* ECF No. 45, and by Defendants, the City of New York, Keechant L. Sewell (as Police Commissioner of the City of New York), and the Police Department of the City of New York, *see* ECF No. 46.  *See also* ECF No. 49.

Plaintiff's request for a 60-day extension of time to serve Ryan Paulsen, *see* ECF No. 49 at 2, is GRANTED.  By **May 15, 2026**, Plaintiff shall effectuate proper service on Paulsen.

The two contemplated motions to dismiss will discuss different legal issues.  *Compare* ECF No. 45 *with* ECF No. 46.  Accordingly:

- By **April 20, 2026**, the Defendants shall file their motions to dismiss;
- By **June 1, 2026**, Plaintiff shall file his response, which may be filed as two separate responses to each of Defendants' motions to dismiss;
- By **June 22, 2026**, Defendants shall file their replies, if any.

SO ORDERED.

Dated: March 16, 2026
        New York, New York

_____
ANALISA TORRES
United States District Judge