STEVEN BANKS
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**SANTOS GARCIA AVELAR**
*Assistant Corporation Counsel*
Labor & Employment Division
(212) 356-2479
savelar@law.nyc.gov

November 23, 2026

**VIA ECF**
Hon. Valerie Figueredo
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: HELDER SANTOS v. PSYCHEMEDICS CORPORATION, ET AL.
1:25-cv-09087-AT

Magistrate Judge Figueredo:

I am an Assistant Corporation Counsel in the office of Steven Banks, Corporation Counsel of the City of New York, attorney for Defendants KEECHANT L. SEWELL, as Police Commissioner of the City of New York, THE POLICE DEPARTMENT OF THE CITY OF NEW YORK, and THE CITY OF NEW YORK (hereinafter "City Defendants") in the above-referenced matter.

I respectfully write to request an adjournment of the discovery conference currently scheduled for November 30, 2026.

On Friday, November 20, 2026, I learned that I would be required to conduct a Rule 30(b)(6) deposition in another matter on November 30, 2026. Because discovery in that matter is scheduled to close on November 30, 2026, and due to the unavailability of the City's witness, I was unable to reschedule the deposition.

Counsel for the co-defendant and Plaintiff do not object to the requested adjournment.

For the Court's convenience, the parties have identified the following alternative dates on which all counsel are available: December 10 and December 11, 2026.

Accordingly, I respectfully request that the Court adjourn the November 30, 2026 discovery conference to either December 10 or December 11, 2026.

Respectfully submitted,

/s/ Santos Garcia Avelar
Santos Garcia Avelar
Assistant Corporation Counsel

cc: All attorneys of record (via ECF)

**MEMO ENDORSED**

**HON. VALERIE FIGUEREDO**
**UNITED STATES MAGISTRATE JUDGE**

**Dated: November 24, 2026**

The parties' request is **GRANTED**. The discovery conference scheduled for November 30, 2026 is **ADJOURNED**. The conference is **RESCHEDULED** for **Monday, February 1, 2027 at 10:00am** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York.